05/25/2006  14:12    212-259-6701              DEWEY BALLANTINE                    PAGE  02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                         Case No. 06 CV 1704 (DLI)(LB)
MATTHEW F. BURKE,

                Plaintiff,       **STIPULATION OF
                                         DISCONTINUANCE WITH PREJUDICE**
-against-

BANK OF AMERICA, N.A.,

                Defendant.

------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, plaintiff Matthew F. Burke, and counsel to Bank of America Corporation, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued in its entirety, with prejudice, as set forth in a settlement agreement executed by the parties on May 25, 2006.

Dated: New York, New York
       May 25, 2006

By: _____          REED SMITH LLP
    MATTHEW F. BURKE                    By: _____
    475 Kent Avenue, Apt. 302               Zoe F. Feinberg, Esq.
    Brooklyn, New York 11211                599 Lexington Avenue
    (646) 320-7537                          New York, New York 10022
    Plaintiff *Pro Se*                      (212) 521-5400
                                            Attorneys for Defendant
                                            Bank of America Corporation

**SO ORDERED**

_____               Dated: Brooklyn, NY
Hon. Dora Irizarry, U.S.D.J.                   June 5, 2006